UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN DARNELL WINGFIELD,** a minor, by his mother and next friend, **Priscilla Elizabeth Greene** <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA** <br><br> Defendant. | Case No. 00-cv-121 (RCL) |

## [PROPOSED] ORDER

For the reasons set forth in the Memorandum Opinion issued this date in *Keith Allen, et al. v. District of Columbia,* No. 00-cv-591, it is hereby

**ORDERED** that Defendant shall pay Plaintiffs, within 30 days of the date of this Order, $2,211.61, an amount which represents the remaining interest owed to Plaintiffs on the capped attorney's fees and costs in this case.

**SO ORDERED.**

Date: 12/21/21

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE